Date: 12/04/09     *RECP # 149491*     Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 07-15538 - ZAPTOCKY, BERNARD L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| BULLSEYE<br>950 C Erie<br>Eastlake, OH 44095 | 000003 | 1,085.00 | 4.48 *CK # 1005* |
| EDMONDS ELEVATOR<br>2140 Hamilton Ave.<br>Cleveland, OH 44114 | 000004 | 969.75 | 4.00 *CK # 1006* |
| BELLE TIRE<br>205 Oak Leaf Oval<br>Bedford, OH 44146 | 000010 | 858.00 | 3.54 *CK # 1009* |
| CHASE BANK, USA, N.A.<br>PO BOX 100018<br>KENNESAW, GA 30156-9104<br>  (11-1) 1245 | 000011 | 376.00 | 1.55 *CK # 1010* |
| ---------- Remittance Total --------------- | | 3,288.75 | 13.57 |

*[signature]*
MARY ANN RABIN, Trustee